UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KWEE LING TAN<br><br>Plaintiff,<br>v.<br><br>MR. PI'S SUSHI, INC. d/b/a MR. PI'S JAPANESE RESTAURANT, PEI YAN FANG, and SHAO JIAN CHEN a/k/a JEANETTE CHEN<br><br>Defendants. | Civ. Action No. 09-1579 (KSH)<br><br><br><br><br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before the Court by way of a motion for partial summary judgment by defendant Shao Jian Chen ("Chen") [D.E. 55]; and the Court having considered the parties' arguments and written submissions; and for the reasons stated in the Court's Opinion filed herewith,

**IT IS** on this 21st day of December, 2010,

**ORDERED** that defendants' motion for partial summary judgment [D.E. 55] is **denied**.

/s/ Katharine S. Hayden

December 21, 2010        Katharine S. Hayden, USDJ